**City of Chicago, appellee, v. Martin Lundgren, appellant. Gen. No. 24,513.**

Quasi-criminal action for violation of city ordinance by maintaining

a place for sale of intoxicating liquors in less quantities than a gallon without license. Judgment of guilty. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 30, 1919.

Henry A. Wilder, for appellant. Daniel Webster and Harry B. Miller, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.